UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COURTNEY A. LECLAIRE-CONWAY,<br>MAX OBUSZEWSUI,<br>MICHAEL T. JOHNSON,<br>MICHAEL S. LAWTON,<br>ROBERT C. HOLLINGER,<br>JOSEPH S. DERAYMOND,<br>ROBERT L. DANIELS, II,<br>TIMOTHY D. CHADWICK,<br>JOHN BOSTROM,<br>MICHAEL S. BERG,<br>JEANNIE L. ATHEY,<br>PAT A. ALVISO,<br>ANDREW L. SIMON,<br>LYNN MAXINE ROBINSON,<br>PERRY REEVE,<br>DON G. MULLER,<br>EVAN G. LONG,<br><br>    Appellants. | **FILED**<br><br>APR 2 6 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Case No. 06-MJ-00006 (TFH/JMF) |

### ORDER

Pursuant to Rule 58(g)(2)(B) of the Federal Rules of Criminal Procedure, this case is before the Court for review on appeal of the judgment and conviction entered by Magistrate Judge John M. Facciola. Accordingly, it is hereby

**ORDERED** that the Appellants' brief(s) in support of their appeals shall be filed and served on or before May 31, 2006. The Government's response shall be filed and served on

or before June 30, 2006. The Appellants' reply briefs thereto shall be filed and served on or before July 12, 2006.

**SO ORDERED.**

April 26, 2006

Thomas F. Hogan
Chief Judge